# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR143 |
| vs. | |
| EUGENE K. SAUL, JR., | ORDER |
| Defendant. | |

This matter is before the court on the motion of Federal Public Defender David R. Stickman and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Eugene K. Saul, Jr. (Filing No.16). Stickman represents that the Office of the Federal Public Defender has a conflict of interest in this matter. David R. Stickman and the Office of the Federal Public Defender's motion to withdraw (Filing No. 16) is granted.

Michelle M. Lents, is appointed to represent Saul for the balance of these proceedings pursuant to the Criminal Justice Act. David R. Stickman shall forthwith provide Michelle M. Lents with the discovery materials provided the defendant by the government and such other materials obtained by Stickman which are material to Saul's defense. The clerk shall provide a copy of this order to Michelle Lents, and she shall file her appearance forthwith.

**IT IS SO ORDERED.**

Dated this 25th day of June, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge