IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18-CR-143 |
| vs. | ORDER OF DISMISSAL |
| EUGENE K. SAUL, JR., | |
| Defendant. | |

This matter is before the Court on the United States' Motion to Dismiss "the Second Amended Petition for Warrant or Summons for Offender Under Supervision[.]" Filing 119 (citing Filing 106). The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED: The Amended Petition for Offender Under Supervision, Filing 106, is dismissed without prejudice.

Dated this 3rd day of October, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge