IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>EUGENE K. SAUL,<br>     Defendant. | 8:18-CR-143<br><br>ORDER |

   This matter is before the Court on Plaintiff's Motion to Dismiss, Filing 144, seeking dismissal of the defendant's Amended Petition for Warrant or Summons for Offender Under Supervision, Filing 131. The Court finds the motion should be granted. Accordingly,

   IT IS ORDERED that the United States' Motion to dismiss, Filing 144, is granted, and the Amended Petition for Warrant or Summons for Offender Under Supervision, Filing 131, is dismissed.

   Dated this 27th day of August, 2025.

                   BY THE COURT:

                   _____
                   Brian C. Buescher
                   United States District Judge